✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      Nevada

Alma Banks,

         Plaintiff,

     V.

Andreana Robinson, et al.,

         Defendants.

**JUDGMENT ON ATTORNEY'S FEES**

Case Number:  2:11-cv-00441-RLH -PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment on Attorneys Fees is entered in favor of Plaintiff Alma Banks and against Defendants Andreana Robinson, Compass Behavioral Health, Achievement Day Program, Smart Start and Focus Consulting, LLC in the amount of $12,150.00 for fees and $717.00 for costs.

March 23, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk